KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BROOK DOOLEY - #230423
WARREN A. BRAUNIG - #243884
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
SOUTHERN WINE AND SPIRITS OF AMERICA, INC.;
HARVEY CHAPLIN; WAYNE CHAPLIN;
and JAMES MELAHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE SIMPKINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN WINE AND SPIRITS OF AMERICA, INC,; HARVEY CHAPLIN; WAYNE CHAPLIN; JAMES MELAHN; and DOES ONE through TEN, inclusive,<br><br>　　　　　　　　　　Defendant. | Case No.  10-CV-2353-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE** AS MODIFED<br><br>Judge:　　Hon. Elizabeth D. Laporte<br><br>Date Comp. Filed:　　April 28, 2010 |

1 **WHEREAS** Defendants Southern Wine & Spirits of America, Inc., Harvey Chaplin, Wayne Chaplin and James Melahn removed this case to federal court on May 28, 2010;

**WHEREAS** Defendants filed a Motion to Dismiss Pursuant to the First-to-File Rule on June 1, 2010 and set it for hearing on July 6, 2010;

**WHEREAS** the Court re-set the hearing on that Motion to July 13, 2010;

**WHEREAS** Defendants filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 on June 4, 2010, and set it for hearing on July 13, 2010;

**WHEREAS** Plaintiff filed a Motion to Remand on June 10, 2010;

**WHEREAS** Defendants agreed that Plaintiff could set the hearing for his motion to remand on thirty-three (33) days notice, rather than the thirty-five (35) days contemplated by Local Rule 7-2(a);

**WHEREAS** Plaintiff set the hearing for his Motion to Remand for July 13, 2010, the same day as the hearing on the other two motions;

**WHEREAS** the parties have met and conferred and believe that the number of issues to be briefed on this schedule, and their complexity, warrant a brief extension of the time to file opposition and reply briefs; and

**WHEREAS** the proposed schedule will not prejudice any party and will not cause undue delay;

**IT IS THEREFORE STIPULATED THAT:**

   1) Plaintiff's Opposition to the Motion to Dismiss Pursuant to the First-to-File Rule will be due on June 25, 2010;

   2) Plaintiff's Opposition to the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 will be due on June 25, 2010;

   3) Defendants' Opposition to the Motion to Remand will be due on June 25, 2010;

   4) Defendants' Reply re: the Motion to Dismiss Pursuant to the First-to-File Rule will be due on July 2, 2010;

497828.01

1
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE
CASE NO. 10-CV-2353-EDL

      5)    Defendants' Reply re: the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 will be due on July 2, 2010;

      6)    Plaintiff's Reply re: the Motion to Remand will be due on July 2, 2010.

      7)    **The hearing on all three motions is continued to July 20, 2010.**

Dated: June 15, 2010                                KEKER & VAN NEST LLP

                                             By:  */s/ Warren A. Braunig*
                                                         ROBERT A. VAN NEST
                                                         BROOK DOOLEY
                                                         WARREN A. BRAUNIG
                                                         Attorneys for Defendants
                                                         SOUTHERN WINE AND SPIRITS OF
                                                         AMERICA, INC.; HARVEY CHAPLIN;
                                                         WAYNE CHAPLIN and JAMES
                                                         MELAHN

                                                         ALTSHULER BERZON LLP

Dated: June 15, 2010

                                                      By:  */s/ James M. Finberg*
                                                         MICHAEL RUBIN
                                                         JAMES M. FINBERG
                                                         Attorneys for Plaintiff
                                                         THEODORE SIMPKINS

                                                         ***Concurrence obtained per***
                                                         ***General Order 45 X.B***

**IT IS SO ORDERED.**

Dated:  June 15, 2010

                                                     *Elizabeth D. Laporte*
                                                     HON. ELIZABETH D. LAPORTE